UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>S. SAVOIE,<br><br>    Defendant. | Case No. 1:19-cv-01024-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>(ECF No. 3) |

Plaintiff Guillermo Trujillo Cruz ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2019, Magistrate Judge Jeremy D. Peterson entered findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* (ECF No. 2) be denied. (ECF No. 3.) Plaintiff was given an opportunity to object to the findings and recommendations within fourteen days and objected on August 14, 2019. (ECF No. 6.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis. Plaintiff's objections do not change this result. Plaintiff claims that he qualifies for the imminent danger exception to three strikes rule, *see* 28 U.S.C. § 1915(g), because "when a state prisoner is

falsely accused of a sex crime or similar infraction as a southern Hispanic" (as plaintiff alleges he was), "that particular inmate can be considered a no good southern Hispanic and can easily be targeted of a battery." (ECF No. 6 at 2-3.) But this is not plausible argument for why 2016 events at a different prison place plaintiff under imminent danger today. Plaintiff also filed a second application to proceed in forma pauperis (ECF No. 4), but this application contains the same defects.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on August 5, 2019, (ECF No. 3), are ADOPTED IN FULL; and
2. Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2 and 4) are denied.

IT IS SO ORDERED.

Dated: **August 19, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

2