# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ, | Case No. 1:19-cv-01024-LJO-JDP |
| Plaintiff, | ORDER CLOSING CASE |
| v. | |
| S. SAVOIE, | |
| Defendant. | |

Plaintiff Guillermo Trujillo Cruz ("plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff has three strikes under the Prison Litigation Reform Act, which means that he cannot proceed in this action without prepayment of his filing fee. *See* 28 U.S.C. § 1915(g). On August 19, 2019, the court denied plaintiff's motion to proceed *in forma pauperis* and ordered him to pay his filing fee within 21 days. *See* ECF No. 8. Plaintiff failed to comply with that order, and the deadline to pay his filing fee has now passed. Therefore, the Court will dismiss this case.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed without prejudice; and
2. The clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **November 6, 2019**     /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

1