UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SAVOIE, et. al.,<br><br>        Defendants. | Case No. 1:19-cv-1024-DAD-HBK<br><br>ORDER DIRECTING PLAINTIFF TO FILE NEW IFP APPLICATION OR PAY THE FILING FEE;<br><br>CLERK TO ISSUE NEW CASE DOCUMENTS;<br><br>TWENTY-ONE DAY DEADLINE |

      This case is before the Court upon remand from the Ninth Circuit Court of Appeals finding plaintiff sufficiently alleged imminent danger of serious physical harm when he lodged his complaint in July 2019 and reversing the district court's three-strike dismissal. (Doc. No. 12-1 at 2.). Due to this case being re-opened and the necessity of determining whether *in forma pauperis* status is warranted based on plaintiff's current financial position, plaintiff must re-file a new application for leave to proceed *in forma pauperis*, or pay the filing fee within twenty-one days from the date on this order.

      Accordingly, it is ORDERED:

      1. The Clerk of Court shall provide plaintiff with an application for leave to proceed *in forma pauperis ("ifp")* and issue the new case documents as appropriate.

1

2. Plaintiff must either fully and properly complete and submit an *ifp* application or pay the full filing fee within twenty-one (21) days from the receipt of this order.

3. Plaintiff's failure to comply this this order will result in the recommendation that this case be dismissed due to failure to comply with the court's order.

IT IS SO ORDERED.

Dated:   May 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE