UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>v.<br><br>S. SAVOIE,<br><br>    Defendant. | 1:19-cv-01024-DAD-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 24)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS |

This case is before the Court on remand from the Ninth Circuit Court of Appeals. Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983. Plaintiff has submitted a renewed motion proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. No. 24). Plaintiff has made the showing required by §1915(a). Accordingly, Plaintiff's motion to proceed *in forma pauperis* is granted. Plaintiff remains obligated to pay the statutory filing fee of $350.00[1] for this action. 28 U.S.C. § 1915(b)(1).

    Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28

---

[1] Plaintiff initiated this action on July 26, 2019, before the filing fee was increased to $402.00.

1

U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 24) is GRANTED.

2. The Secretary of the California Department of Corrections, or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: June 25, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE